WALTER NEAL v. STATE.

No. A-8805. Jan. 25, 1935.
(40 Pac. [2d] 1119.)

O. F. Mason, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of assault with a dangerous weapon, and sentenced to be imprisoned in the state penitentiary for a period of five years.

The record in this case was filed in this court on September 4, 1934; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.